# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**LAWRENCE HILAIRE,**

    **Petitioner,**

vs.     5:04cv241-SPM/AK

**JOHN ASHCROFT, ATTORNEY GENERAL,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Respondent's motion to dismiss the petition for writ of habeas corpus on the ground that Petitioner has been deported, and thus, the petition is moot. Doc. 11. In support of the motion, Respondent attached the warrant of removal/deportation which shows that Petitioner was deported to Haiti on November 29, 2004. *Id*.

Since there is uncontroverted evidence that Petitioner has been deported, this matter is moot, as Petitioner was challenging his indefinite detention pending removal from the United States.

Alternatively, this case should be dismissed for Petitioner's failure to keep the Court apprised of a current address since on two occasions, Petitioner's mail was returned to the Clerk as undeliverable. *See* Docs. 6 & 9.

Accordingly, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** as moot or under Fed. R. Civ. P. 41(b) for failure to prosecute or to comply with the rules or orders of this Court.

**IN CHAMBERS** at Gainesville, Florida, this   21st   day of March, 2005.

> s/ A. KORNBLUM
> ALLAN KORNBLUM
> UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**