IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE HILAIRE,

    Petitioner,

vs.                               CASE NO.: 5:04cv241-SPM/AK

BUREAU OF PRISONS,

    Respondent.

_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 12) dated March 21, 2005. Petitioner has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice as moot and dismissed

pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DONE AND ORDERED this 25th day of April, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:04cv241-SPM/AK